UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

United States of America                                               PLAINTIFF

versus                                          CIVIL ACTION   1:22-cv-163-DMB-DAS

Cedric Collins                                                         DEFENDANT

## DEFAULT JUDGMENT

The defendant, Cedric Collins, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 23, 2023, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Cedric Collins, in the amount of $139,998.00, plus interest on the judgment at the legal rate until the judgment is satisfied, plus a filing fee of $402.00.

This the 13th day of February, 2023.

s/ David Crews
Clerk of Court – by JLA